IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MOORE & ASSOCIATES                                                          PLAINTIFF

vs.                              CASE NO. 4:06CV01615 JMM

JENNIFER MYERS, ET AL.                                                     DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 45 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 45 days of the date of this order.

IT IS SO ORDERED this __23__ day of __April__, 2007.

_____
James M. Moody
United States District Judge